# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                                     PLAINTIFF

v.                      Case No. 5:17-cv-00110 KGB/JTR

GIGGLEMAN, *et al.*,                                            DEFENDANTS

## **ORDER**

Before the Court is a Recommended Partial Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 10). No objections to the Recommended Partial Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Partial Disposition in its entirety as this Court's findings in all respects. Plaintiff Joshua A. Stricklin's claims against the Arkansas Department of Correction are dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 30th day of June, 2017.

                                                                 Kristine G. Baker
                                                                 United States District Judge