UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN,
ADC #138119                                                                                       PLAINTIFF

V.                                    5:17CV00110 KGB/JTR

WILLIAM GIGGLEMAN,
APRN, Cummins Unit, et al.                                                            DEFENDANTS

## RECOMMENDED DISPOSITION

The following Recommended Disposition ("Recommendation") has been sent to United States District Judge Kristine Baker. Any party may file written objections to this Recommendation. Objections must be specific and include the factual or legal basis for disagreeing with the Recommendation. An objection to a factual finding must specifically identify the finding of fact believed to be wrong and describe the evidence that supports that belief.

An original and one copy of the objections must be received by the Clerk of this Court within fourteen (14) days of this Recommendation. If no objections are filed, Judge Baker can adopt this Recommendation without independently reviewing all of the evidence in the record. By not objecting, you may also waive any right to appeal questions of fact.

## I. Discussion

Plaintiff Joshua A. Stricklin ("Stricklin") has filed a Motion seeking permission to voluntarily dismiss this *pro se* § 1983 action so that he may identify the proper Defendants and fully exhaust his administrative remedies. *Doc. 26.* The Court finds good cause for granting that request. *See* Fed. R. Civ. P. 41(a).

## II. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Stricklin's Motion for Voluntary Dismissal *(Doc. 26)* be GRANTED, and that this case be DISMISSED, WITHOUT PREJUDICE.

2. Stricklin's Motions for a Preliminary Injunction *(Docs. 4, 12 & 16)* be DENIED, AS MOOT.

3. Defendant Giggleman's Motion to Dismiss *(Doc. 22)* be DENIED, AS MOOT.

4. The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommendation would not be taken in good faith.

Dated this 19th day of July, 2017.

_____
UNITED STATES MAGISTRATE JUDGE