# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                                                                          PLAINTIFF

v.                                        Case No. 5:17-cv-00110 KGB/JTR

WILLIAM GIGGLEMAN, *et al.*                                                                          DEFENDANTS

## ORDER

Before the Court is a Recommended Disposition filed by United States Magistrate Judge J. Thomas Ray (Dkt. No. 29). No objections to the Recommended Disposition have been filed, and the time for filing objections has passed. After review, this Court adopts the Recommended Disposition in its entirety as this Court's findings in all respects.

The Court grants plaintiff Joshua A. Stricklin's motion to dismiss and dismisses without prejudice this case (Dkt. No. 26). The Court denies as moot all remaining pending motions. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 31st day of August, 2017.

                                                                                Kristine G. Baker
                                                                                United States District Judge