IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

JOSHUA A. STRICKLIN                                                                           PLAINTIFF

v.                                    Case No. 5:17-cv-00110 KGB/JTR

WILLIAM GIGGLEMAN, *et al.*                                                              DEFENDANTS

## JUDGMENT

Pursuant to the Order entered this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

So adjudged this 31st day of August, 2017.

_____
Kristine G. Baker
United States District Judge